AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowdre, Karon O. | U.S. District Court, Alabama | 08/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Hugo Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | ▮▮▮▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Samford University (Defined Benefit Plan) - vested benefits in plan of former employee |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University/Law School | 03/14/2018 through 03/17/2018 | Malibu, CA | Instructor at Pepperdine Byrne Judicial Clerkship Seminar | Reimbursed for airfare, provided lodging and food |
| 2. | ABA - Labor and Employment Law Section Private Funds | 11/07/2018 through 11/09/2018 | San Francisco, CA | Speaker at ABA 12th Annual Labor & Employment Law Conference | Reimbursed for travel, hotel, parking, etc. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Alabama Farm Credit, FLCA | Mortgage on LLC #5 | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC #1-Hwy 280, LLC Real Estate I Birmingham, Alabama | C | Rent | K | W | | | | | |
| 2. Synovus Bank Acct (See Part VIII) | A | Interest | J | T | | | | | |
| 3. Fundamental Investors | A | Dividend | J | T | | | | | |
| 4. Growth Fund of America | A | Dividend | J | T | | | | | |
| 5. Morgan Stanley Private Bank NA | A | Dividend | | | Sold | 08/21/18 | K | A | |
| 6. Clearbridge Value Trust | A | Dividend | L | T | | | | | |
| 7. Fundamental Investors Fund (IRA) | A | Dividend | J | T | | | | | |
| 8. Cap World Growth & Inc (IRA) | B | Dividend | L | T | | | | | |
| 9. American Funds Wash. Mutual Inv. Fund (IRA) (WMFFX) | A | Dividend | K | T | | | | | |
| 10. Trust I; Inc. Bene.; Spouse = Trustee (H); See Part VIII | | | | | | | | | |
| 11. - ▓▓▓▓▓▓▓ (See Part VIII) | | | | | | | | | |
| 12. --Blackrock Equity Dividend Manager | H2 | Dividend | P4 | T | | | | | |
| 13. --Eagle Asset Manager | H2 | Dividend | P4 | T | | | | | |
| 14. --Tax Exempt Bond Fund of America Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 15. --T. Rowe Price Summit Muni Intermed. Mutual Fund | H2 | Interest | P4 | T | Sold (part) | 12/21/18 | J | A | |
| 16. --Fidelity Advisor Strategic Inc. Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 17. --Capital Income Builder Mutual Fund | H2 | Dividend | P4 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Income Fund of America Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 19. --T. Rowe Price Overseas Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 20. --American Century Mid Cap Mutual Fund | H2 | Dividend | | | Sold | 12/21/18 | N | | |
| 21. --American Century Equity Income Mutual Fund | H2 | Dividend | P4 | T | Sold (part) | 01/16/18 | K | A | |
| 22. | | | | | Sold (part) | 03/22/18 | K | A | |
| 23. | | | | | Sold (part) | 07/02/18 | K | A | |
| 24. | | | | | Sold (part) | 10/02/18 | K | A | |
| 25. --American Cap. World Growth & Income Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 26. --Smead Value Fund | H2 | Dividend | P4 | T | | | | | |
| 27. --Neuberger Berman Equity Inc. Fund | H2 | Dividend | P4 | T | | | | | |
| 28. --Lord Abbett Intermediate Tax Free Fund; X (See Part VIII) | H2 | Dividend | P4 | T | | | | | |
| 29. (X)--MFS Midcap Value Fund | H2 | Dividend | P4 | T | Buy | 12/21/18 | N | | |
| 30. --Boyd Waterson Ultra Enhanced Core Managed Acct | H2 | Int./Div. | P4 | T | Sold (part) | 11/21/18 | N | A | |
| 31. --Minneapolis All Cap Managed Acct | H2 | Dividend | P4 | T | | | | | |
| 32. --W. H. Reaves Long Term Value Managed Acct | H2 | Dividend | P4 | T | | | | | |
| 33. --Dana Large Cap Equity Managed Acct | H2 | Dividend | P4 | T | | | | | |
| 34. --WCM Focused Growth Intl. Managed Acct | H2 | Dividend | P4 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Noesis Core Equity Managed Acct | H2 | Dividend | P4 | T | Sold | 07/31/18 | O | A | |
| 36. (X)--Legg Mason Man. Acct | H2 | Dividend | P4 | T | Buy | 11/26/18 | O | | |
| 37. (X)--Washington Crossing Advisors | H1 | Dividend | P4 | T | Buy | 11/26/18 | N | | |
| 38. -- Morgan Stanley Cash Acct | A | Interest | K | T | | | | | |
| 39. - Vanguard Intermediate Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 40. - Vanguard Prime Money Market Fund (Y) | A | Dividend | J | T | | | | | |
| 41. Regions Bank Acct. | A | Interest | N | T | | | | | |
| 42. (X) Regions Bank Money Market | A | Interest | K | T | | | | | |
| 43. Trust II; Inc. Bene.; Spouse=Trustee (H) | | | | | | | | | |
| 44. - _____ (See Part VIII) | | | | | | | | | |
| 45. --Blackrock Equity Dividend Manager | H2 | Dividend | P4 | T | | | | | |
| 46. --Eagle Asset Manager | H2 | Dividend | P4 | T | | | | | |
| 47. --Tax Exempt Bond Fund of America Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 48. --T. Rowe Price Summit Muni Intermed. Mutual Fund | H2 | Interest | P4 | T | Sold (part) | 12/21/18 | J | A | |
| 49. --Fidelity Advisor Strategic Inc. Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 50. --Capital Income Builder Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 51. --Income Fund of America Mutual Fund | H2 | Dividend | P4 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --T. Rowe Price Overseas Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 53. --American Century Mid Cap Mutual Fund | H2 | Dividend | | | Sold | 12/21/18 | N | A | |
| 54. --American Century Equity Income Mutual Fund | H2 | Dividend | P4 | T | Sold (part) | 01/16/18 | K | A | |
| 55. | | | | | Sold (part) | 03/22/18 | J | A | |
| 56. | | | | | Sold (part) | 07/02/18 | K | A | |
| 57. | | | | | Sold (part) | 10/02/18 | K | A | |
| 58. --American Cap. World Growth & Income Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 59. --Smead Value Fund | H2 | Dividend | P4 | T | | | | | |
| 60. --Neuberger Berman Equity Inc. Fund | H2 | Dividend | P4 | T | | | | | |
| 61. --Lord Abbett Intermediate Tax Free Fund; X (See Part VIII) | H2 | Dividend | P4 | T | | | | | |
| 62. (X)--MFS Midcap Value Fund | H2 | Dividend | P4 | T | Buy | 12/21/18 | N | | |
| 63. --Boyd Waterson Ultra Enhanced Core Managed Acct | H2 | Int./Div. | P4 | T | Sold (part) | 11/21/18 | N | A | |
| 64. --Minneapolis All Cap Value Managed Acct | H2 | Dividend | P4 | T | | | | | |
| 65. --W. H. Reaves Long Term Value Managed Acct | H2 | Dividend | P4 | T | | | | | |
| 66. --Dana Large Cap Equity Managed Acct | H2 | Dividend | P4 | T | | | | | |
| 67. --WCM Focused Growth Intl. Managed Acct | H2 | Dividend | P4 | T | | | | | |
| 68. --Noesis Core Equity Managed Acct | H2 | Dividend | P4 | T | Sold | 07/31/18 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (X)--Legg Mason Man. Acct. | H2 | Dividend | P4 | T | Buy | 11/26/18 | O | | |
| 70. (X)--Washington Crossing Advisors | H2 | Dividend | P4 | T | Buy | 11/26/18 | N | | |
| 71. -- Morgan Stanley Cash Account | A | Interest | K | T | | | | | |
| 72. (X)- Morgan Stanley Bank Deposit (BDPS) | A | Dividend | L | T | Buy | 10/25/18 | K | | |
| 73. - ▓▓▓▓ (X) See Part VIII | B | Int./Div. | J | W | | | | | |
| 74. --Invesco Premier Tax-Exempt Nav Fund | H2 | Interest | P4 | T | | | | | |
| 75. --The London Co. Income Equity Fund | H2 | Dividend | P4 | T | | | | | |
| 76. --Wells Fargo Golden SMID Core Portfolio Fund | H1 | Dividend | P4 | T | | | | | |
| 77. --Cambiar Intl Equity ADR Fund | H2 | Dividend | P4 | T | | | | | |
| 78. --Lazard Em Markets Select ADR Fund | H2 | Dividend | P4 | T | | | | | |
| 79. --Thornburg Ltd. Term Muni Fund | H2 | Dividend | P4 | T | | | | | |
| 80. --Nuveen Intermediate Muni Bond Fund | H2 | Dividend | P4 | T | | | | | |
| 81. --Principal Real Estate Sec REIT Gross Fund | H2 | Dividend | P4 | T | | | | | |
| 82. --SPDR Gold Shares ETF Fund | | None | P4 | T | | | | | |
| 83. --Morgan Stanley Cash Acct | A | Interest | J | T | | | | | |
| 84. --Morgan Stanley Checking Acct | A | Interest | K | T | | | | | |
| 85. - ▓▓▓▓ (X) See Part VIII | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --AFLAC | A | Dividend | K | T | | | | | |
| 87.  --AT&T | D | Dividend | M | T | | | | | |
| 88.  --Bank of America | C | Dividend | M | T | | | | | |
| 89.  --Bank of New York Mellon | C | Dividend | M | T | | | | | |
| 90.  --Boeing | C | Dividend | M | T | | | | | |
| 91.  --Coca-Cola | E | Dividend | P1 | T | | | | | |
| 92.  --Colgate-Palmolive | D | Dividend | N | T | | | | | |
| 93.  --El Paso Energy Capital Trust 4.75% Preferred Stock | B | Interest | K | T | | | | | |
| 94.  --Exxon Mobil | B | Dividend | K | T | | | | | |
| 95.  --General Electric | A | Dividend | J | T | Sold (part) | 12/21/18 | J | A | |
| 96.  --Genuine Parts | D | Dividend | N | T | | | | | |
| 97.  --Avanos (previously Halyard Health) See Part VIII | | None | J | T | | | | | |
| 98.  --International Paper | B | Dividend | K | T | | | | | |
| 99.  --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 100.  --Kimberly Clark | B | Dividend | K | T | | | | | |
| 101.  --Monsanto | A | Dividend | | | Redeemed | 06/07/18 | L | E | |
| 102.  --Morgan Stanley Bank Deposit | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Nike | A | Dividend | K | T | | | | | |
| 104. --Southern Company | B | Dividend | K | T | | | | | |
| 105. --Verizon | A | Dividend | | | Sold | 08/23/18 | K | D | |
| 106. --Visa | A | Dividend | L | T | | | | | |
| 107. --Pioneer Multi-Asset Ultra Short Income Fund | H2 | Dividend | P4 | T | | | | | |
| 108. "(X) -- Veritiv- See Part VIII | A | None | J | T | | | | | |
| 109. - Vanguard Intermediate Term Tax Exempt Fund | B | Dividend | K | T | Buy (add'l) | 12/10/18 | J | | |
| 110. - Vanguard Balanced Index Fund | C | Dividend | M | T | | | | | |
| 111. - Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy (add'l) | 07/16/18 | J | | |
| 112. | | | | | Sold (part) | 09/19/18 | J | A | |
| 113. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 114. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 115. 401(k) #1 (H) | | | | | | | | | |
| 116. - Dodge & Cox Stock Fund | B | Dividend | M | T | Buy (add'l) | 12/31/18 | J | | |
| 117. - Vanguard 500 Index Adm | C | Dividend | N | T | Buy (add'l) | 12/31/18 | J | | |
| 118. - Vanguard Mid Cap U.S. Stock | A | Dividend | L | T | Buy (add'l) | 12/31/18 | J | | |
| 119. - Hartford Midcap | A | Dividend | L | T | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Vanguard Small Cap Index Adm | B | Dividend | M | T | Buy (add'l) | 12/31/18 | J | | |
| 121.  - Vanguard International Value Inv | C | Dividend | M | T | Buy (add'l) | 12/31/18 | J | | |
| 122.  - Vanguard International Explorer Inv | A | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 123.  - PIMCO Total Return Instl | B | Dividend | L | T | Buy (add'l) | 12/31/18 | J | | |
| 124.  - PIMCO High Yield Instl | C | Dividend | M | T | Buy (add'l) | 12/31/18 | J | | |
| 125.  Lawfirm Cap. Contrib (see Part VIII) | | None | K | W | | | | | |
| 126.  Trust III; Inc. Bene; Phnx Life Whole Life Surv Policy; | | None | J | W | | | | | |
| 127.  Trust IV; Inc.Bene.; NW Mut.Life Ins. Whole Life Pol.; (See Part VIII) | | None | M | W | | | | | |
| 128.  Merrill Lynch/Bank of America Cash Acct. | A | Interest | K | T | Sold (part) | 12/19/18 | J | A | |
| 129.  Merrill Lynch/Bank of America, Cash Acct. | A | Interest | J | T | | | | | |
| 130.  Janus Henderson Small Cap & Value Fund (IRA) (JSCOX) See Part VIII | A | Dividend | K | T | | | | | |
| 131.  T. Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 132.  Metlife (New England Financial) Perm Life Ins. | A | Int./Div. | K | T | | | | | |
| 133.  American Capital World Growth (WGIFX) | A | Dividend | K | T | | | | | |
| 134.  American Capital World Growth (WGIFX) | A | Dividend | K | T | | | | | |
| 135.  American Fundamental Investors Class F | B | Dividend | L | T | | | | | |
| 136.  Voya - Reliastar Life Ins. Co., ING GPUL Policy; (see Part VIII) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. LLC #4 - Iris, LLC, Real estate investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 138. American New World Fund (NFFFX) | B | Dividend | L | T | | | | | |
| 139. American Tax Exempt Bond Fund CL-C | B | Dividend | L | T | | | | | |
| 140. American Cap Inc Bldr FD CLC (CAIFX) | A | Dividend | K | T | | | | | |
| 141. American Fundamental Inv. Inc | A | Dividend | K | T | Buy (add'l) | 05/25/18 | J | | |
| 142. American Fund Income Fund (AMEFX) | A | Dividend | K | T | | | | | |
| 143. American Tax Exempt Bond Fund CL-C | A | Dividend | K | T | Sold | 03/20/18 | K | A | |
| 144. Merrill Lynch/Bank of America Cash Acct. | A | Interest | J | T | | | | | |
| 145. American Bond Fund | A | Dividend | K | T | | | | | |
| 146. Neuberger Berman Equity | A | Dividend | J | T | | | | | |
| 147. Synovus Bank (previously First Commercial) | A | Interest | J | T | | | | | |
| 148. American Washington Mutual Investors | A | Dividend | K | T | | | | | |
| 149. American Tax Exempt Bd Fd | A | Dividend | J | T | Buy (add'l) | 05/22/18 | J | | |
| 150. American High Income Trust Fd | A | Dividend | J | T | | | | | |
| 151. Janus Henderson High Yield Fund (JHYFX) | A | Dividend | J | T | | | | | |
| 152. Janus Henderson High Yield Fund (JHYFX) | C | Dividend | L | T | | | | | |
| 153. Fidelity Adv Strategic | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Merrill Lynch/Bank of America Cash Acct. | A | Interest | J | T | Sold | 03/20/18 | J | A | |
| 155. Hartford Life & Annuity Ins. Co. UL Policy (See Part VIII) | B | Dividend | M | T | | | | | |
| 156. Synovus Bank Acct. (previously First Commercial Bank) | A | Interest | J | T | | | | | |
| 157. Merrill Lynch/Bank of America Cash Acct. | A | Interest | J | T | | | | | |
| 158. Smead Value Fund | A | Dividend | J | T | | | | | |
| 159. Smead Value Fund | B | Dividend | L | T | | | | | |
| 160. Trust V - Income Bene; See Part VIII | | | | | | | | | |
| 161. - ▓▓▓▓▓▓ | | | | | | | | | |
| 162. --AFLAC | A | Dividend | K | T | | | | | |
| 163. --AT&T | D | Dividend | M | T | | | | | |
| 164. --Bank of America | C | Dividend | M | T | | | | | |
| 165. --Bank of New York Mellon | C | Dividend | M | T | | | | | |
| 166. --Boeing | C | Dividend | M | T | | | | | |
| 167. --Coca-Cola | E | Dividend | P1 | T | | | | | |
| 168. --Colgate-Palmolive | D | Dividend | N | T | | | | | |
| 169. --El Paso Energy Capital Trust 4.75% Preferred Stock | B | Interest | K | T | | | | | |
| 170. --Exxon Mobil | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --General Electric | A | Dividend | J | T | Sold (part) | 12/21/18 | J | A | |
| 172. --Genuine Parts | D | Dividend | N | T | | | | | |
| 173. --Avanos Medical (previously Halyard) | | None | J | T | | | | | |
| 174. --International Paper | B | Dividend | K | T | | | | | |
| 175. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 176. --Kimberly Clark | B | Dividend | K | T | | | | | |
| 177. --Monsanto | A | Dividend | | | Redeemed | 06/07/18 | L | E | |
| 178. --Morgan Stanley Bank Deposit | A | Interest | M | T | | | | | |
| 179. --Nike | A | Dividend | K | T | | | | | |
| 180. --Southern Company | B | Dividend | K | T | | | | | |
| 181. --Verizon | A | Dividend | | | Sold | 08/23/18 | K | D | |
| 182. --Visa | A | Dividend | L | T | | | | | |
| 183. --Pioneer Multi-Asset Ultra Short Income Fund | C | Dividend | M | T | | | | | |
| 184. "--(X) Veritiv (See Part VIII). | | None | J | T | | | | | |
| 185. American CNT Int Term Tax Free Bond | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 186. Amer. Cent. Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 187. Amer. High Income Muni Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Royce Total Return Fund | A | Dividend | | | Sold | 09/16/18 | J | A | |
| 189.  Smead Value Fund | A | Dividend | K | T | | | | | |
| 190.  T. Rowe Price Summit Muni Inter Fd | A | Dividend | J | T | Buy (add'l) | 08/24/18 | K | | |
| 191.  Congress Mid Cap Growth A | A | Dividend | K | T | | | | | |
| 192.  American High Income Trust | B | Dividend | K | T | | | | | |
| 193.  American Century Mid Cap Value | A | Dividend | K | T | | | | | |
| 194.  American Cnt Interm. Tax Free Bond Fund | A | Dividend | | | Sold | 03/20/18 | J | A | |
| 195.  American High Income Trust Fund | A | Dividend | | | Sold | 03/20/18 | J | A | |
| 196.  LLC, V - [REDACTED]; Birmingham, Alabama | C | Dividend | N | W | | | | | |
| 197.  Smead Value Fund | A | Dividend | K | T | Buy (add'l) | 07/30/18 | J | | |
| 198.  T. Rowe Price Overseas Stock Fund | A | Dividend | K | T | Buy (add'l) | 11/30/18 | J | | |
| 199.  T. Rowe Price Overseas Stock Fund | B | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 200.  Fidelity Adv Strategic Income Fund | A | Dividend | J | T | | | | | |
| 201.  T. Rowe Price Overseas Stock Fund | A | Dividend | J | T | | | | | |
| 202.  T. Rowe Price Overseas Stock Fund | A | Dividend | J | T | | | | | |
| 203.  American Fundamental Investors | A | Dividend | J | T | | | | | |
| 204.  American New World Fund (NFFFX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. American Cap World Growth & Income (WGIFX) | A | Dividend | J | T | | | | | |
| 206. Congress Mid Cap Growth Fund (IMIDX) | A | Dividend | J | T | | | | | |
| 207. Janus Henderson Global Research Fund (JWWFX) | A | Dividend | J | T | | | | | |
| 208. Neuberger Berman Genesis Fund (NBGIX) | A | Dividend | J | T | | | | | |
| 209. Royce Total Return Fund (RYTRX) | A | Dividend | | | Sold | 09/25/18 | J | A | |
| 210. Victory Sycamore Fund (VEVYX) | A | Dividend | J | T | | | | | |
| 211. American Funds Washington Mutual (WMFFX) | A | Dividend | J | T | | | | | |
| 212. Janus Henderson Global Fund (JWWFX) | A | Dividend | K | T | | | | | |
| 213. Royce Total Return Fund (RYTRX) | A | Dividend | | | Sold | 09/06/18 | J | A | |
| 214. T. Rowe Price Summit Muni Intermed Income Fund (PRSMX) | B | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 215. ML Bank of America | A | Dividend | | | Sold | 03/20/18 | K | A | |
| 216. American Cap Inc Builder | A | Dividend | J | T | Buy | 12/17/18 | J | | |
| 217. T. Rowe Price Small Cap (PRSVX) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 218. Vanguard Small Cap Value (VBR) | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 219. Vanguard Small Cap Value (VBR) | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 220. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2- First Commercial Bank changed its name to Synovus Bank.

Trust I (Line 10) was not created by the filer or spouse but the spouse receives income from Trust I. The only assets in Trust I are a fractional interest in ███████ ███████, and limited investments in Vanguard Funds. Following the deaths of two family members who previously held management roles in family business entities, the investments of ███████ came under the control of the filer's spouse. Accordingly, the entity in which the family related trust described herein holds an ownership interest, that asset has been disclosed in Part VII. For mutual funds and manager directed funds that are "widely held investment funds" and over which the spouse "cannot control the selection of assets," under the Guide to Judiciary Policy, Vol. 2D, Section 315.30, and the Instructions to this Report, the accounts and funds were identified in Part VII(A) but the information listed in Parts B, C and D reflect the financial information on the funds and investment accounts as a whole, and not the small portion of such funds held by ███████. Immediately following the listing of Trust I are the assets held in that trust indicated by a single dash (-), such as the fractional interest held by the trust in ███████. The holdings of ███████ are set forth below the listing of ███████ by a double dash (--). A similar convention was used for the other holdings of Trust I in Vanguard money market and investment accounts. Previously an effort was made to estimate the proportionate share of asset information under the line for ███████, but that information appears duplicative and misleading since all of the separate components of assets held in ███████ have been separately itemized, and accordingly the asset information for ███████ on Line 11 (like that of Trust 1) is now reflected without that duplicative information in Parts B-D.

Lines (29 and 62), (36 and 69), and (37 and 70), reflect new investments for ███████, which in turn are new ownership assets in Trust I and Trust II, in which the spouse holds an income interest. Each listing appears twice, one in connection with Trust I and once in connection with Trust II. The inclusion of these new investments in this order (rather than using the normal convention of including a new investment at the end of all previously reported asset holdings in the Report) is to reflect their inclusion under ███████ as a holding of Trust I and Trust II, rather than a new asset held by the filer or spouse directly.

Line 42 reflects the movement in October of 2018 of some funds from the bank checking account (Line 41) to a money market account at the same bank. Per the Instructions, the new account is identified but the initial transaction between those two accounts at the same bank are not.

Trust II (Line 43) was not created by the filer or spouse or dependent but the spouse receives income from Trust II. The only assets in Trust II are a fractional interest in ███████ a fractional interest in ███████, a fractional interest in ███████ and limited investments in Vanguard Funds. Following the deaths of two family members who previously held management roles in family business entities, some of the investments held by ███████, ███████ and ███████ come under the control of the filer's spouse. Accordingly, the entities in which family related trusts hold an ownership interest have now been listed in Part VII. For mutual funds and manager directed funds that are "widely held investment funds" and over which the spouse "cannot control the selection of assets," under the Guide to Judiciary Policy, Vol. 2D, Section 315.30, and the Instructions to this Report, the accounts and funds were identified in Part VII(A) but the information listed in Parts B, C and D reflect the financial information on the funds and investment accounts as a whole, and not the small portion of such fund held by ███████ or one of the other family business entities. Immediately following the listing of Trust II are the assets held in that trust indicated by a single dash (-), such as the fractional interests held by the trust in ███████ and ███████. The holdings of ███████ are set forth below the listing of ███████ by a double dash (--). A similar convention was used for the assets held by ███████ and ███████. The other holdings of Trust II are in Vanguard money market and investment accounts and are reflected by a single dash (-). Previously an effort was made to estimate the proportionate share of asset information under the line for ███████ and ███████ but that information appears both duplicative and misleading since all of the separate components of assets held in each family business entity have been separately itemized, and accordingly the asset information for each business entity is now reflected without that duplicative information in Parts B-D which is already reflected in the component investment parts.

Line 97. The company changed its name from Halyard Health to Avanos.

Line 108 -Veritiv was transferred into an account on 03/24/16 but was inadvertently omitted from the report for that year and 2017. Please consider the inclusion in this report as an amendment to the earlier reports.

Line 125 - Lawfirm Capital Contribution (Spouse) is in the law firm of Wallace, Jordan, Ratliff & Brandt, LLC in Birmingham, AL.

Line 127 is a Trust holding a Northwestern Mutual Life whole life policy.

Line 136 is an ING policy classified as a graded premium universal life policy.

Line 160 - Trust V was not created by the filer or spouse, but the filer has an income interest in the Trust. The asset holding of that Trust is a fractional interest in ███████ (Line 161) with the business entity reflecting a single dash (-) to indicate its connection to the Trust. The assets of ███████, ███████ are listed below ███████ with a double dash (--) indicating that none of these assets are owned by the filer or Trust V but instead are owned by ███████, a small fractional interest of which business entity is held in Trust V.

Partial Sales in some holdings did not change year-end category listings. Deletion of some holdings in previous reported years caused the deletion of certain lines and effectuated a change in numbering for subsequent entries.

When acquisitions in a particular year required multiple lines for the holding of a particular asset acquired in different lots in the same account, the holdings are combined for future years in the absence of additional acquisitions or dispositions requiring additional disclosure.

Line 196 - LLC V. owns property in Blount County, AL.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karon O. Bowdre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544